Kareem Granger
#

FCI Schuylkill
P.O. Box 759
Minersville, PA
17954


Clerk of Courts
United States
District Courthouse
300 Quarropas St.
White Plains, NY 10601


Re: United States v. Granger,
    No. 11-CR-630


Clerk of Court:
   Please excuse the lack of copies for both affidavits (Miguel Zayas, and Hector Rodriguez) but didn't want to waste any more time chasing for the Unit Manager or Secretary.
   Furthermore, I want the record to reflect that the exhibits are relevant in showing the boiler plate responses that lack any deliberation or consideration with an intentional and reckless disregard for inmate safety and health.

Also, in a related matter, United States v. Rodriguez, No. 12-cr-40609, the movant, Rodriguez, has the missing exhibits — Miguel Zayas Petition for Compassionate Release in support of Miguel Zayas Affidavit claims. Please, as Public Record, I request that that Petition for Compassionate Release for Miguel Zayas be entered as evidence in my case in support and corroboration of Miguel Zayas Affidavit.

Thank you for your time and any consideration given in this matter.

DATE: May 18, 2020

Sincerely,

Kallem Granger

---

The Motion for Compassionate Release, under 18 U.S.C. Section 3582, is denied. While Mr. Granger is a lymphoma survivor (17 years ago), there is nothing in his medical records that suggests this places him in a higher risk category related to the COVID pandemic. Indeed, his medical records show that he made a full recovery from the disease and is otherwise healthy. Moreover, even if Mr. Granger was at greater risk of contracting COVID, he is currently housed at a facility where there are apparently no active COVID cases. In contrast, he seeks release to Yonkers, which has seen some of the highest number of COVID cases in Westchester County. Moreover, Mr. Granger's record demonstrates that his release would threaten public safety, as evidenced by his past violent conduct, and would undermine respect for the law, as it would provide him an unjustified reduction in his sentence. Considering all the factors under Section 3582 (and Section 3553(a)), the application is denied.

The Government is to mail a copy of this memo endorsement to Mr. Granger.

So Ordered.

KMK
6/23/20